EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Natacha Prego Cruz | 2021 TSPR 42 <br><br> 206 DPR \_\_\_\_\_ |

Número del Caso:  TS-11,450

Fecha:  29 de marzo de 2021

Abogada de la parte peticionaria:

Lcda. Daisy Calcaño

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Natacha Prego Cruz                    TS-11,450

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de marzo de 2021.

Examinada la *Petición de cambio de estatus como abogada inactiva a activa* presentada por la Sra. Natacha Prego Cruz, así como la *Certificación* del Programa de Educación Jurídica Continua (PEJC) emitida el 23 de marzo de 2021, se provee *ha lugar* a la petición y, por consiguiente, se ordena el cambio de estatus de la Lcda. Natacha Prego Cruz a abogada activa.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo